

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 25 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br><br>v.<br><br>JACQUELINE MARIA OTTO<br><br>DEFENDANT(S). | CASE NUMBER<br><br>SA16-488M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _____, IT IS ORDERED that a detention hearing is set for ____Wednesday____, _Oct. 26, 2016_, at __2:00__ ☐a.m. / ☒p.m. before the Honorable _Jay C. Gandhi_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __October 25, 2016__        _____
                                    Jay C. Gandhi, U.S. Magistrate Judge